479 A.2d 1119

Commonwealth v. Christiansen, Appellants.

Submitted April 16, 1984. Charles A. Peruto, Jr., for appellants; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Orders affirmed.